IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**LINDA BALDWIN,**
      **PLAINTIFF,**

V.                                          Case No. A-23-CV-426-LY

**JUDGE ROBERT PITMAN,**
      **DEFENDANT.**

## ORDER

Before the court is Plaintiff Linda Baldwins's *pro se* "Original Petition Complaint for Violation of Civil Rights" purportedly filed pursuant to *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971). Baldwin sues United States District Judge Robert Pitman. Baldwin requests the court to "throw out all orders and opinion[s]" in her cases issued by Judge Pitman.

Baldwin is barred from filing complaints, removing cases, or otherwise initiating litigation in the Western District of Texas without obtaining prior approval from a federal district or magistrate judge in the District. *See Baldwin v. Office of Injured Employee Counsel*, No. 1:19-CV-454-RP (W.D. Tex. Mar. 24, 2020) (ECF No.40). Construing Baldwin's complaint liberally, she appears to request leave to file her complaint in the first paragraph of her complaint. After consideration of her request, the court denies leave to file. Baldwin's complaint is patently frivolous. *Bivens* has not been extended to the claims asserted by Baldwin.

It is therefore **ORDERED** that the request for leave to file complaint, filed by Plaintiff Linda Baldwin on April 14, 2023, is **DENIED** and this case is **CLOSED**.

SIGNED this 24th day of April 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE